BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:12-cr-00242-AWI-BAM |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT CRYSTAL DAWN GRAY** |
| CRYSTAL DAWN GRAY, | ) |
| Defendant. | ) |

WHEREAS, the discovery in this case contains a large amount of personal and confidential information including, but not limited to, Social Security numbers, dates of birth, bank account numbers, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, Defendant CRYSTAL DAWN GRAY, by and through her counsel

of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Henry Z. Carbajal III, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit the Defendant to view unredacted documents in the presence of her attorney, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third

1 persons in violation of this agreement.

2     6. Defense Counsel shall be responsible for advising her Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

5     7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

    IT IS SO STIPULATED.

DATED: January 15, 2013        BENJAMIN B. WAGNER
                                United States Attorney

                            By: /s/Henry Z. Carbajal III
                                HENRY Z. CARBAJAL III
                                Assistant U.S. Attorney

DATED: January 15, 2013        By: /s/Janet Bateman
                                JANET BATEMAN
                                Attorney for Defendant
                                CRYSTAL DAWN GRAY

IT IS SO ORDERED.

Dated:   January 16, 2013

                                SENIOR DISTRICT JUDGE