HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
CRYSTAL DAWN GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br>CRYSTAL DAWN GRAY,<br><br>　　　　　*Defendant*. | NO. 1:12-cr-00242 AWI-BAM-1<br><br>STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER<br><br>Date:　September 23, 2013<br>Time:　10:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for September 3, 2013 **may be continued to September 23, 2013 at 10:00 a.m. before the Honorable Anthony W. Ishii.**

　　　This continuance is at the request of defense counsel as defense counsel has an opening brief to the Ninth Circuit Court due at the end of August.  Defense counsel needs additional time to prepare for the sentencing schedule and hearing in this case.  The requested continuance is with the intention of conserving time and resources for both parties and the court.  As Ms. Gray has already entered a guilty

///

///

///

///

plea, no exclusion of time is necessary under the Speedy Trial Act.  The government has no objection to this continuance.

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATED: August 9, 2013                  By:    /s/ *Henry Carbajal*
                                                            HENRY Z. CARBAJAL, III
                                                            Assistant United States Attorney
                                                             Attorney for Plaintiff


                                      HEATHER E. WILLIAMS
                                      Federal Defender


DATED: August 9, 2013                  By:    /s/ *Janet Bateman*
                                                             JANET BATEMAN
                                                            Assistant Federal Defender
                                                             Attorney for Defendant
                                                            CRYSTAL DAWN GRAY


**O R D E R**

IT IS SO ORDERED.

Dated:   August 9, 2013

                                       SENIOR  DISTRICT  JUDGE