BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                  v.<br><br>CRYSTAL DAWN GRAY,<br><br>                          Defendant. | CASE NO.  1:12-CR-00242-AWI-BAM<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Crystal Dawn Gray, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2323, defendant Crystal Dawn Gray's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

 1.   11 Palette Eye Shadow (Quantity: 2)
 2.   6 Color Eye Shadow Palette (Quantity: 17)
 3.   0.32 ounce Blush (Quantity: 43),
 4.   24 Palette Eye Shadow (Quantity: 5),
 5.   7 Palette Eye Shadow (Quantity: 26),
 6.   12 Palette Eye Shadow (Quantity: 131).
 7.   15 Color Eye Shadow Palette (Quantity: 25),

Preliminary Order of Forfeiture                    1

8.  3 Palette Eye Shadow (Quantity: 34),
9.  5 Palette Eye Shadow (Quantity: 42),
10. 8 Palette Eye Shadow (Quantity: 27),
11. Studio Fix Blush (Quantity: 59),
12. SuperGlass Lip Gloss (Quantity: 213),
13. 0.11 ounce Eye Shadow (Quantity: 59),
14. 24 piece brush set-4 and 8 piece brush set (Quantity: 9),
15. 4 Color Eye Shadow Palette (Quantity: 44),
16. 10 Palette Eye Shadow (Quantity: 10),
17. 0.26 ounce Pigment Color (Quantity: 147),
18. 0.21 ounce Powder Blush (Quantity: 35),
19. Glitter Eye Liner (Quantity: 63),
20. Eye Lash Sets (Quantity: 28),
21. Deluxe Aqua Spa Lipstick (Quantity: 74),
22. Foundation (Quantity: 49),
23. Zoom Lash Mascara (Quantity: 24),
24. Fluid Line Eye Liner (Quantity: 8),
25. 0.38 ounce Powder Blush (Quantity: 19),
26. 2 in 1 Mascara Liner (Quantity: 25),
27. 1.6 ounce Powder Blush (Quantity: 4),
28. 0.14 ounce Eye Shadow (Quantity: 6),
29. 0.05 ounce Eye Shadow (Quantity: 123),
30. Pro Lash Mascara (Quantity: 7),
31. 0.32 ounce Powder Blush (Quantity: 5),
32. Eye Shadow Concealer Pencil (Quantity: 52),
33. Real Pen Eye Liner (Quantity: 64), and
34. Brush (Quantity: 11).

2.  The above-listed property constitutes property used, in any manner or part, to commit or to facilitate the commission of a violation of 18 U.S.C. § 2320(a).  Pursuant to 18 U.S.C. § 2323(b)(2)(B), the Court shall order that any forfeited article or component of an article bearing or consisting of a counterfeit mark be destroyed or otherwise disposed of according to law.

3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the Department of Homeland Security, Immigration and Customs Enforcement, or Customs and Border Protection in its secure custody and control.

4.  a.  Under 18 U.S.C. § 2323(b)(2)(A), incorporating 21 U.S.C. § 853(n), and

Preliminary Order of Forfeiture                    2

Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

        b.     This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

     5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2323 in which all interests will be addressed.

IT IS SO ORDERED.

   Dated:   __**August 19, 2013**__           ____**/s/ Lawrence J. O'Neill**____
                                          UNITED STATES DISTRICT JUDGE

Preliminary Order of Forfeiture               3