HEATHER E. WILLIAMS, #122664
Federal Defender
JANET BATEMAN, #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
CRYSTAL D. GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:12-cr-00242 AWI-BAM-1 |
|---|---|
| Plaintiff, | ) STIPULATION TO MODIFY DEFENDANT'S CONDITIONS OF HER PROBATION; ORDER |
| vs. | ) Judge: Hon. Anthony W. Ishii |
| CRYSTAL DAWN GRAY, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, HENRY Z. CARBAJAL, Assistant United States Attorney, attorney for the plaintiff, and JANET BATEMAN, Assistant Federal Defender, attorney for defendant, CRYSTAL DAWN GRAY, that the conditions of her probation in the above-captioned case may be amended to reflect that Ms. Gray's conditions of probation may be modified to include the following conditions:

Paragraph Two of Special Condition No. 7 of the Judgment states the following:

> The defendant shall be restricted to his/her residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer; (Home Detention)

Proposed Modification to Paragraph Two of Special Condition 7 of the Judgment:

> The defendant shall be restricted to his/her residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; ***her children's functions***; or other activities as pre-approved by the probation officer; (Home Detention)

All other terms and conditions of probation previously imposed shall remain the same.

Dated: November 19, 2013                Respectfuly submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                By:     /s/ *Henry Carbajal*
                                        HENRY Z. CARBAJAL, III
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff

Dated: November 19, 2013                HEATHER E. WILLIAMS
                                        Federal Defender

                                By:     /s/ Janet Bateman
                                        JANET BATEMAN
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        CRYSTAL D. GRAY

## O R D E R

The modification of probation set forth in this stipulation IS HEREBY APPROVED.

IT IS SO ORDERED.

Dated:   November 19, 2013              _____
                                        SENIOR DISTRICT JUDGE

Gray/Stip to Modify Conditions of Probation