BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
       United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>            v.<br><br>CRYSTAL DAWN GRAY,<br><br>                               Defendant, | 1:12-CR-00242-AWI-BAM<br><br>**FINAL ORDER OF FORFEITURE** |

WHEREAS, on August 20, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2323, based upon the plea agreement entered into between plaintiff and defendant Crystal Dawn Gray forfeiting to the United States the following property:

1. 11 Palette Eye Shadow (Quantity: 2)
2. 6 Color Eye Shadow Palette (Quantity: 17)
3. 0.32 ounce Blush (Quantity: 43),
4. 24 Palette Eye Shadow (Quantity: 5),
5. 7 Palette Eye Shadow (Quantity: 26),
6. 12 Palette Eye Shadow (Quantity: 131).
7. 15 Color Eye Shadow Palette (Quantity: 25),
8. 3 Palette Eye Shadow (Quantity: 34),
9. 5 Palette Eye Shadow (Quantity: 42),
10. 8 Palette Eye Shadow (Quantity: 27),
11. Studio Fix Blush (Quantity: 59),
12. SuperGlass Lip Gloss (Quantity: 213),
13. 0.11 ounce Eye Shadow (Quantity: 59),
14. 24 piece brush set-4 and 8 piece brush set (Quantity: 9),

Final Order of Forfeiture

1

15. 4 Color Eye Shadow Palette (Quantity: 44),
16. 10 Palette Eye Shadow (Quantity: 10),
17. 0.26 ounce Pigment Color (Quantity: 147),
18. 0.21 ounce Powder Blush (Quantity: 35),
19. Glitter Eye Liner (Quantity: 63),
20. Eye Lash Sets (Quantity: 28),
21. Deluxe Aqua Spa Lipstick (Quantity: 74),
22. Foundation (Quantity: 49),
23. Zoom Lash Mascara (Quantity: 24),
24. Fluid Line Eye Liner (Quantity: 8),
25. 0.38 ounce Powder Blush (Quantity: 19),
26. 2 in 1 Mascara Liner (Quantity: 25),
27. 1.6 ounce Powder Blush (Quantity: 4),
28. 0.14 ounce Eye Shadow (Quantity: 6),
29. 0.05 ounce Eye Shadow (Quantity: 123),
30. Pro Lash Mascara (Quantity: 7),
31. 0.32 ounce Powder Blush (Quantity: 5),
32. Eye Shadow Concealer Pencil (Quantity: 52),
33. Real Pen Eye Liner (Quantity: 64), and
34. Brush (Quantity: 11).

AND WHEREAS, Beginning August 24, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2323(b) to be disposed of according to law, including all right, title, and interest of Crystal Dawn Gray.

2. All right, title, and interest in the above-listed property shall vest soley in the name of the United States of America.

3. The Department of Homeland Security, Immigration Customs

Final Order of Forfeiture

2

Enforcement, or Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   February 4, 2014                           _____
                                                    SENIOR  DISTRICT  JUDGE